No. 70–5278.   Shorts v. Rockefeller, Governor of New York, et al.   C. A. 2d Cir.   Certiorari denied.

No. 70–5280.   Page v. United States   C. A. 9th Cir.   Certiorari denied.

No. 70–5283.   Davis, aka Brown v. Eide et al.   C. A. 9th Cir.   Certiorari denied.

No. 70–5285.   Holland v. United States.   C. A. D. C. Cir.   Certiorari denied.

No. 70–5286.   Rosson v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 70–5287.   Archambault v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 70–5289.   James v. Michigan.   Sup. Ct. Mich.   Certiorari denied.

No. 70–5290.   Karcher v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 70–5292.   McDonald v. Metropolitan Traffic and Parking Commission et al.   C. A. 6th Cir.   Certiorari and other relief denied.

No. 70–5293.   Winegar v. Michigan.   Sup. Ct. Mich.   Certiorari denied.

No. 70–5294.   Wright v. New Jersey.   Sup. Ct. N. J.   Certiorari denied.

No. 70–5298.   Boyer v. New York.   Ct. App. N. Y.   Certiorari denied.

No. 70–5299.   Oakcrum v. United States.   C. A. 4th Cir.   Certiorari denied.